# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**LUCERO GUADALUPE SANCHEZ LOPEZ,**<br>    also known as "Diputada,"<br>    "Maico," "Piedra," and "Tere,"<br><br>    **Defendant.** | **CRIMINAL NO. CR-17-133 (RC)** |

## JOINT STATUS REPORT

Pursuant to the Court's January 22, 2019 order, the parties hereby submit this joint status report regarding the scheduling of the next status conference in the above-captioned matter. The parties propose that the Court set a status conference for March 5, 6, 7, or 8, 2019. Counsel for both the government and the defendant are available on those dates, which will also allow sufficient time for the defendant to be transported back to this jurisdiction after having provided trial testimony in another judicial district. The parties will be prepared to discuss the current status of this matter.

Respectfully submitted this 5th day of February, 2019.

| | |
|---|---|
| CARMEN D. HERNANDEZ, ESQ. | ARTHUR G. WYATT, CHIEF |
| | Narcotic and Dangerous Drug Section |
| /s/ Carmen D. Hernandez | Criminal Division |
| 7166 Mink Hollow Road | U.S. Department of Justice |
| Highland, MD 20777 | |
| (240) 472-3391 | /s/ Brett C. Reynolds |
| chernan7@aol.com | Brett C. Reynolds |
| | Anthony J. Nardozzi |
| H. HEATHER SHANER, ESQ. | Trial Attorneys |
| | U.S. Department of Justice |
| /s/ H. Heather Shaner | Two Constitution Square |
| 1702 S Street NW | 145 N Street NE |
| Washington, DC 20009 | Washington, DC 20530 |
| (202) 265-8210 | (202) 598-2950 |
| hhsesq@aol.com | brett.reynolds@usdoj.gov |
| | anthony.nardozzi@usdoj.gov |
| COUNSEL FOR DEFENDANT | |
| | COUNSEL FOR UNITED STATES |