UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL NO. 17-CR-133 (RC) |
| : | |
| v. : | |
| : | |
| LUCERO GUADALUPE SANCHEZ : | |
| LOPEZ, : | |
| : | |
| also known as "Diputada, "Maico," : | |
| "Piedra," and "Tere," : | |
| : | |
| Defendant. | |

## NOTICE OF SUBSTITUTION OF GOVERNMENT COUNSEL

The United States of America, by and through the Chief of the Narcotic and Dangerous Drug Section of the Criminal Division, United States Department of Justice, hereby informs the Clerk of this court and all parties of record that Katharine A. Wagner, Acting Deputy Chief of the Narcotic and Dangerous Drug Section, is substituted Government counsel of record

//

//

//

//

//

//

//

//

//

//

1

Anthony Nardozzi, Brett Reynolds, Erin Cox, and Anthony Aminoff, who can be terminated as Government counsel in this case.

                                      Respectfully Submitted,

                                      ARTHUR G. WYATT, Chief
                                      Narcotic and Dangerous Drug Section
                                      Criminal Division
                                      United States Department of Justice

By:    */s/Katharine A. Wagner*
             Katharine A. Wagner
             Acting Deputy Chief
             Narcotic and Dangerous Drug Section
             Criminal Division
             U.S. Department of Justice
             145 N Street, NE
             Washington, D.C. 20530
             Tel.:   (202) 514-4584
             Email:  Katharine.Wagner@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was sent via ECF to the Defendant's counsel on record this 22nd day of August 2022.

                                                    */s/ Katharine A. Wagner*
                                                  Katharine A. Wagner
                                                  Acting Deputy Chief
                                                  Narcotic and Dangerous Drug Section
                                                  Criminal Division
                                                  Department of Justice